# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DANIEL A. OPONG,**

      Petitioner,

v.

**ERIC HOLDER, FELICIA SKINNER, JANET NAPOLITANO, and BARBARA WALRATH,**

      Respondents.

Case No. 7:11-CV-172-HL-MSH
28 U.S.C. § 2241

## ORDER

The Recommendation (Doc. 12) of United States Magistrate Judge Stephen Hyles is before the Court. The Magistrate Judge recommends that the Petition for Writ of Habeas Corpus (Doc. 1) filed by Petitioner be dismissed without prejudice for failure to prosecute. Petitioner has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge=s decision. Accordingly, the Court accepts and adopts the Recommendation. The Petition for Writ of Habeas Corpus (Doc. 1) is dismissed without prejudice. Respondents' Motion to Dismiss (Doc. 10) is denied as moot.

**SO ORDERED**, this the 17th day of April, 2012.

                                       *s/ Hugh Lawson*
                                       **HUGH LAWSON, SENIOR JUDGE**

mbh